# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARIA EVANGELINA MARTINEZ, ) <br> ) <br> Defendant. ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | NO. CR12-5334-BHS <br><br> ORDER EXTENDING PRETRIAL MOTIONS' DEADLINE |

Upon the Defense Unopposed Motion for an Extension of the Pretrial Motions' Deadline in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the pretrial motions' deadline in this matter be extended to December 28, 2012.

DONE this 6th day of December, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ John R. Carpenter*         */s/ David Reese Jennings*
JOHN R. CARPENTER          DAVID REESE JENNINGS
Attorney for Defendant         Assistant United States Attorney

ORDER EXTENDING PRETRIAL MOTIONS' DEADLINE
*United States v. Martinez*; CR12-5334-BHS          1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**